**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Robert Amen McKelvy, <br><br> Debtor. | Case No. 25-13105-PMM <br> Chapter 13 <br> SSN No. XXX-XX-9791 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Robert Amen McKelvy, by and through his attorney, hereby asks this Court to enter an order directing his employer to attach his wages to fund the chapter 13 plan in the form of order attached.

Date: August 6, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com