# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Robert Amen McKelvy,<br><br>                          Debtor. | Case No. 25-13105-PMM<br>Chapter 13 |

**Certificate of Service**

      I, Michael A. Cibik, certify that on August 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 29, 2025

                                                            /s/ Michael A. Cibik
                                                            Michael A. Cibik (#23110)
                                                            Cibik Law, P.C.
                                                            1500 Walnut Street, Suite 900
                                                            Philadelphia, PA 19102
                                                            215-735-1060
                                                            mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**UMB Bank, National Association**
c/o Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd, Fl 5
Philadelphia, PA 19102-1617
Method of Service: First Class Mail