**CITY OF PHILADELPHIA**

**Payslip — Earnings and Deductions**

Page 1

Robert Mckelvy
1411 E Cardeza St
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | PPS Prisons |
| Location | Prisons Training Academy |
| Payperiod Ending | 2025/06/08 |
| Date Payable | 2025/06/13 |
| Payment Method | Direct Deposit |

### Current Earnings

| | Hours | Amount |
|---|---|---|
| Time Entry Wages | 72.00 | 1,794.78 |
| Holiday Cash | 8.00 | 199.42 |
| Longevity Pay | 0.00 | 91.98 |
| Roll Call OT | 2.00 | 75.22 |
| Legal Aid | 0.00 | 12.00 |
| Third Shift | 9.00 | 3.60 |
| Attendance Award | 4.00 | 99.71 |
| **Gross Current Earnings** | | **2,276.71** |

### Taxes

| | Current | YTD |
|---|---|---|
| Federal Tax | 144.95 | 642.32 |
| Social Security | 141.16 | 556.87 |
| Medicare | 33.01 | 130.23 |
| PA State Tax | 69.89 | 275.74 |
| PA Unemployment | 1.60 | 6.29 |
| Philadelphia | 85.38 | 336.82 |

### Retro Earnings

| | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

### Pre Tax Deductions

| | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 94.44 | 373.54 |

### Total Earnings

| | Current | YTD |
|---|---|---|
| Gross Earnings | 2,276.71 | 8,981.71 |
| Net Earnings | 1,666.28 | 6,551.90 |

### Post Tax Deductions

| | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 84.00 |

### Accruals — Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 20.00 |
| Special Comp | 0.00 |
| Vacation | 13.33 |

### Pension Plan

| | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 373.54 | 25,928.85 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**CITY OF PHILADELPHIA**

**Payslip — Earnings and Deductions**

Page 1

Robert Mckelvy
1411 E Cardeza St
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | ▉ |
| Department | PPS Prisons |
| Location | Prisons Training Academy |
| Payperiod Ending | 2025/06/22 |
| Date Payable | 2025/06/27 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 72.00 | 1,794.78 |
| Holiday Cash | 8.00 | 199.42 |
| Longevity Pay | 0.00 | 91.98 |
| Roll Call OT | 2.00 | 75.22 |
| Third Shift | 9.00 | 3.60 |
| Attendance Award | 4.00 | 99.71 |
| **Gross Current Earnings** | | **2,264.71** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 143.51 | 785.83 |
| Social Security | 140.41 | 697.28 |
| Medicare | 32.84 | 163.07 |
| PA State Tax | 69.53 | 345.27 |
| PA Unemployment | 1.58 | 7.87 |
| Philadelphia | 84.93 | 421.75 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 94.44 | 467.98 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,264.71 | 11,246.42 |
| Net Earnings | 1,669.47 | 8,221.37 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 112.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 30.00 |
| Special Comp | 0.00 |
| Vacation | 20.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 467.98 | 26,023.29 |



**Payslip**
Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Robert Mckelvy
1411 E Cardeza St
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | ▓▓▓▓ |
| Department | PPS Prisons |
| Location | Prisons Training Academy |
| Payperiod Ending | 2025/07/06 |
| Date Payable | 2025/07/11 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 72.00 | 1,794.78 |
| Holiday Cash | 8.00 | 199.42 |
| Longevity Pay | 0.00 | 91.98 |
| Roll Call OT | 2.00 | 75.22 |
| Legal Aid | 0.00 | 12.00 |
| Third Shift | 9.00 | 3.60 |
| Attendance Award | 2.00 | 49.86 |
| **Gross Current Earnings** | | **2,226.86** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 139.19 | 926.02 |
| Social Security | 138.06 | 835.34 |
| Medicare | 32.29 | 195.36 |
| PA State Tax | 68.36 | 413.63 |
| Philadelphia | 83.51 | 505.26 |
| PA Unemployment | 1.56 | 9.43 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 92.58 | 560.56 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,226.86 | 13,473.28 |
| Net Earnings | 1,631.31 | 9,852.68 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 140.00 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 30.00 |
| Special Comp | 0.00 |
| Vacation | 20.00 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 560.56 | 26,115.87 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**CITY OF PHILADELPHIA**

Robert Mckelvy
1411 E Cardeza St
Philadelphia, PA 19150
US

**Payslip**
**Earnings and Deductions**

Page 1

| | |
|---|---|
| Employee Number | |
| Department | PPS Prisons |
| Location | Curran-Fromhold Correctional Facility |
| Payperiod Ending | 2025/07/20 |
| Date Payable | 2025/07/25 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 80.00 | 1,994.20 |
| Longevity Pay | 0.00 | 116.66 |
| Roll Call OT | 2.00 | 75.22 |
| Overtime 1_5 | 4.00 | 150.42 |
| Second Shift | 3.00 | 1.35 |
| Second Shift | 6.00 | 3.60 |
| Third Shift | 10.00 | 4.00 |
| PPS Overtime 2_0 | 8.00 | 401.12 |
| **Gross Current Earnings** | | **2,746.57** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 198.89 | 1,123.91 |
| Social Security | 170.29 | 1,005.63 |
| Medicare | 39.83 | 235.19 |
| PA State Tax | 84.32 | 497.95 |
| PA Unemployment | 1.92 | 11.35 |
| Philadelphia | 102.49 | 607.75 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 114.81 | 675.37 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,746.57 | 16,219.85 |
| Net Earnings | 2,006.02 | 11,858.70 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 168.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 40.00 |
| Special Comp | 0.00 |
| Vacation | 26.67 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 675.37 | 26,233.78 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**