# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy No. 25-13105-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor*. | : |
| | : |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | : : : |
| *Movant*, | : |
| vs. | : |
| Robert Amen McKelvy | : |
| *Debtor/Respondent,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

## ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of the Motion of Movant, UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII, and the response thereto, if any, and for good cause shown, it is hereby:

**ORDERED** that the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 1411 E. Cardeza Street, Philadelphia, PA 19150.

BY THE COURT:

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge