**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 25-13105-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor.* | : |
| | : |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | : |
| *Movant*, | : |
| vs. | : |
| Robert Amen McKelvy, | : |
| *Debtor/Respondent,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

**CERTIFICATION OF SERVICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

    I, Danielle Boyle-Ebersole, Esq., attorney for Movant, UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **11/12/2025** upon the following:

Michael E. Cibik, Esquire
Via ECF
*Attorney for Debtor*

Robert Amen McKelvy
1411 E. Cardeza Street
Philadelphia, PA 19150
Via First Class Mail
*Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Respectfully Submitted,

Date: 11/12/2025

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com