# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy No. 25-13105-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor.* | : |
| | : |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | : |
| *Movant*, | : |
| vs. | : |
| Robert Amen McKelvy, | : |
| *Debtor/Respondent,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Danielle Boyle-Ebersole, Esquire, counsel for UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII ("Movant"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court grants the Motion.

Respectfully Submitted,

Date: 12/01/2025

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 25-13105-PMM |
| Robert Amen McKelvy | : Chapter 13 |
| *Debtor*. | : |
| | : |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | : : : |
| *Movant*, | : |
| vs. | : |
| Robert Amen McKelvy, | : |
| *Debtor/Respondent,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Danielle Boyle-Ebersole, Esquire, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Michael E. Cibik, Esquire
Via ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Robert Amen McKelvy
1411 E. Cardeza Street
Philadelphia, PA 19150
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 12/01/2025

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com