# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Amen McKelvy,<br><br>*Debtor*. | Case No. 25-13105-PMM<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on December 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

### U.S. Trustee

Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

### Kenneth E. West

190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

### Water Revenue Bureau

City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

### UMB Bank, National Association, et al.

c/o Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261

**Method of Service - First Class Mail:**

**AIS Portfolio Services, LLC**
Attn: Ally Capital Department
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Credit Acceptance
25505 West 12 Mile Road, Ste 3000
Southfield, MI 48034

Jefferson Health
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

OneMain Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

T Mobile/T-Mobile USA Inc
c/o AIS InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**U.S. Department of Education**
P.O. Box 16448
Saint Paul, MN 55116-0448