United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-13105-pmm
Robert Amen McKelvy  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 03, 2026      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Amen McKelvy, 1411 E. Cardeza Street, Philadelphia, PA 19150-3704 |
| 15039516 | + | UMB BANK, NATIONAL ASSOCIATION, et al, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15041923 | | UMB Bank, National Association, et al., c/o Rushmore Servicing, P.O. Box 61904, Dallas, TX 75261 |
| 15039883 | + | UMB Bank, National Association, not in its individ, c/o Danielle Boyle-Ebersole, Esquire, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15053438 | ^ | MEBN | Feb 04 2026 00:31:51 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas TX 75266-0618 |
| 15037858 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:15 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15038078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:22 | Ally Capital Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053286 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:22 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15036799 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2026 00:42:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15091891 | | Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15036160 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2026 00:42:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15036800 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2026 00:42:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15036801 | + | Email/Text: BNCnotices@dcmservices.com | Feb 04 2026 00:42:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15036802 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2026 00:42:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15036803 | + | Email/PDF: cbp@omf.com | Feb 04 2026 00:41:21 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15048039 | + | Email/PDF: cbp@omf.com | Feb 04 2026 00:41:15 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15036804 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 155 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Feb 04 2026 00:31:39 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15036805 | Email/Text: bankruptcy@philapark.org | Feb 04 2026 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15036806 | + Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:41:22 | T Mobile/T-Mobile USA Inc, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15040492 | + Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:41:22 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15036807 | Email/Text: EDBKNotices@ecmc.org | Feb 04 2026 00:42:00 | U.S. Department of Education, P.O. Box 16448, Saint Paul, MN 55116-0448 |
| 15083297 | Email/Text: edbknotices@ecmc.org | Feb 04 2026 00:42:00 | U.S. Department of Education, P.O. Box 790336, Saint Louis MO 63179-0336 |
| 15041600 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2026 00:42:00 | UMB Bank, National Association, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15057085 | + Email/PDF: ebn_ais@aisinfo.com | Feb 04 2026 00:51:47 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15036808 | + Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 155 | Total Noticed: 25 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Robert Amen McKelvy help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Robert Amen McKelvy      )<br>)<br>)<br>Debtor(s).    )<br>)<br>) | Case No. 25−13105−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 3, 2026                                                                      For The Court

                                                                                        Patricia M. Mayer<br>                                                                                        Judge, United States Bankruptcy Court